IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. |
| v. | 1:14-CR-130-TWT-GGB |
| RASHON BOHANNON, JIMIA FANNIN and KAMALI RIVES | |

## ORDER

Before the undersigned is Defendant Bohannon's Unopposed Motion to extend deadline for filing pretrial motions and to continue the pretrial conference [Doc. 36], and Defendant Fannin's motion to join that motion [Doc. 37]. Defendant Rives joins the motion orally; the government does not object. These motions are GRANTED. Defendants shall have until **May 12, 2014** to file any necessary pretrial motions. The pretrial conference is hereby re-set to **Tuesday, May 13, 2014, at 11:00 a.m.**

The delay between the original and rescheduled pretrial conferences shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay was for good cause, as Defendants need additional time to review the discovery in their possession and to request additional discovery. The interests of justice in granting the continuance outweigh the public's and the defendants' rights to a speedy trial. 18 U.S.C. § 3161, *et seq.* The clerk is DIRECTED to exclude time from

computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

SO ORDERED this 6th day of May, 2014.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)