IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RASHON BOHANNON,

   Defendant.

CRIMINAL FILE NO.
1:14-CR-130-1-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 272] of the Magistrate Judge recommending denying the Defendant's pro se Motion to Vacate Sentence [Doc. 263]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's pro se Motion to Vacate Sentence [Doc. 263] is DENIED.

SO ORDERED, this 20 day of November, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge